**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dean Braasch, | ) | |
| | ) | **ORDER GRANTING IN PART** |
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a corporation, | ) | Case No. 4:12-cv-015 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation to Modify Scheduling/Discovery Plan filed October 31, 2012. (Docket No. 20). The court **GRANTS IN PART** the request and amends its scheduling order as follows:

3. The parties shall have until February 15, 2013, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The plaintiff shall have until January 7, 2013, to serve expert witness disclosures compliant with the language of Rule 26(a)(2), and the defendant shall have until February 25, 2013, to serve expert witness disclosures compliant with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5. The parties shall have until March 15, 2013, to complete discovery depositions of expert witnesses.

10. The parties shall have until <u>March 15, 2013</u>, to file other dispositive motions (summary judgment as to all or part of the case).

If this revised schedule will not work, the parties should request a conference call to arrange for a new trial date and schedule.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2012.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr.
United States Magistrate Judge