# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dean Braasch, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a | ) | Case No. 4:12-cv-015 |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

At plaintiff's request, the court held status conference via telephone on June 17, 2013, to address a discovery dispute amongst the parties. Plaintiffs made a motion on the record for the court to order defendants to supplement or otherwise respond to certain discovery requests as described in a letter submitted to the court prior to the conference. Defendant objected to plaintiff's request on the grounds that it was untimely. The court agrees with defendant and finds plaintiff's request untimely. Accordingly, the court **DENIES** plaintiff's request. The Clerk's office has attached to the minutes of the status conference a copy of plaintiff's letter to the court to describing the basis for his request.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
